UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

P<small>ERCY</small> C<small>UMMINGS</small>,

    Plaintiff,      Case No. 2:20-cv-65

v.              Honorable Paul L. Maloney

H<small>EIDI</small> W<small>ASHINGTON</small> et al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 28, 2020      /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge